**U.S. DISTRICT COURT STATE OF NEW YORK**
**SOUTHERN DISTRICT**

**Job #:** 141567

**Attorney:** Foley & Associates, P.C. **PH:** (212) 709-8025
**Address:** 30 Wall Street, 8th Floor New York, NY 10005

---

| | |
|---|---|
| William E. Green <br><br> vs <br><br> Jacob & Company Watches, Inc., D/B/A Jacob & Co., et al., <br><br> *Plaintiff* / *Defendant* | **Civil Number:** 15-CV-3611 (PAC) <br> **Date Filed:** 5/8/2015 <br> **Client's File No.:** <br> **Court Date:** <br> **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Yoler Jean-Baptiste**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/2/2015**, at **5:28 PM** at: **48 East 57th Street, New York, NY 10022** Deponent served the within **Summons in a Civil Action and Complaint (Jury Trial Demanded), Civil Cover Sheet and Rule 7.1 Statement**
On: **Jacob & Company Watches, Inc., d/b/a Jacob & Co.**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to A. Crossman personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Manager (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex:** Male  **Color of skin:** Black  **Color of hair:** Black/Gray  **Glasses:**
**Age:** 50  **Height:** 5ft 4in - 5ft 8in  **Weight:** 161-200 Lbs.  **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 9/3/2015

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2018

Yoler Jean-Baptiste
1139306

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

**Attorney**: Foley & Associates, P.C. **PH**: (212) 709-8025
**Address**: 30 Wall Street, 8th Floor New York, NY 10005

| | |
|---|---|
| William E. Green | **Civil Number**: 15-CV-3611 (PAC) |
| vs  *Plaintiff* | **Date Filed**: 5/8/2015 |
| Jacob & Company Watches, Inc., D/B/A Jacob & Co., et al., | **Client's File No.**: |
| | **Court Date**: |
| *Defendant* | **Court Time**: |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Yoler Jean-Baptiste**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/2/2015**, at **5:28 PM** at: **48 East 57th Street, New York, NY 10022** Deponent served the within **Summons in a Civil Action and Complaint (Jury Trial Demanded), Civil Cover Sheet and Rule 7.1 Statement**
On: **Jacob Arabo,** the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to A. Crossman, (Co-Worker), a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 9/3/2015, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, **48 East 57th Street, New York, NY 10022** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex**: Male   **Color of skin**: Black   **Color of hair**: Black/Gray   **Glasses**:
**Age**: 50   **Height**: 5ft 4in - 5ft 8in   **Weight**: 161-200 Lbs.   **Other Features**:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 9/3/2015

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2018

Yoler Jean-Baptiste
1139306

C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757

**U.S. DISTRICT COURT OF THE STATE OF NEW YORK**
**SOUTHERN DISTRICT**

Job #: 141569

Attorney: Foley & Associates, P.C. PH: (212) 709-8025
Address: 30 Wall Street, 8th Floor New York, NY 10005

| | |
|---|---|
| William E. Green<br><br>vs<br><br>Jacob & Company Watches, Inc., D/B/A Jacob & Co., et al.,<br><br>_Plaintiff_<br><br>_Defendant_ | Civil Number: 15 -CV- 3611 (PAC)<br>Date Filed: 5/8/2015<br>Client's File No.:<br>Court Date:<br>Court Time: |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
Yoler Jean-Baptiste, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/2/2015**, at **4:47 PM** at: **133 West 25th Street, New York, NY 10001** Deponent served the within **Summons in a Civil Action and Complaint (Jury Trial Demanded), Civil Cover Sheet and Rule 7.1 Statement**
On: **MG Security Services LLC,** the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Lisa Pespinar personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Manager (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: Brown    Color of hair: Black    Glasses:
Age: 36-40    Height: 5ft 4in - 5ft 8in    Weight: 131-160 Lbs.    Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 9/3/2015

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2018



Yoler Jean-Baptiste
1139306

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*