**Weiss & Weiss LLC**
Attorneys at Law
*A Step Ahead*

2000 Post Rd., Ste. LL 106, Fairfield, CT 06824
50 Main St., 10th Fl., White Plains, NY 10606
T: 203.254.2707
Toll Free: 866.277.2707
F: 203.254.2725
www.weissnweiss.com

CT Professional LLC
Service By Fax Not Accepted
Scott@weissnweiss.com

Pamela H. Weiss*¥
Scott A. Weiss*
*Licensed: CT, NY, IL
¥Registered: U.S.P.T.O.

November 17, 2015

*Via ECF:*

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 1007

> Re:   William E. Green v. Jacob & Company Watches, Inc., Jacob Arabo
>        and MG Security Services, LLC,
>        No. 15-cv-3611 (PAC)(S.D.N.Y.)

Dear Judge Crotty:

We are *of counsel* to the Ingber Law Firm, PLLC and one of the counsel that represents MG Security Services, LLC, defendant in the above captioned matter. On Monday, November 16, 2015, counsel for Plaintiff and Defendants met and conferred by telephone to set a briefing schedule pursuant to the Court's Order. This is respectfully submitted to report jointly that the parties have agreed as follows: Defendants will move to dismiss on or before December 11, 2015, Plaintiff will oppose by December 31, 2015 and Defendants will reply by January 14, 2016. If this meets the Court's approval, please "memo endorse" this letter to serve as entry of the Court's scheduling Order.

Thank you.

Very truly yours,

WEISS & WEISS LLC

*[signature: Scott G. Weiss]*

By:   Scott A. Weiss
Encl./   15 11 17 JudgeLtr (Green MG)(BrS).docx

Cc:  All Counsel of Record (Via ECF)