# Foley & Associates, P.C.
### Attorneys-at-Law

tel: (212) 709-8025  
fax: (212) 943-2300  
telex: 283814 srii ur  

30 wall street, 8ᵀᴴ fl  
New York, New York 10005  
E-mail: jgfoley1@Yahoo.com  

Direct Dial: (212) 537-6278

**SENT VIA ELECTRONIC CASE FILING**

April 20, 2016

Hon. Paul A. Crotty, U.S.D.J  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**Re: William E. Green  v. Jacob & Company Watches Inc. Et Al.**
   Attorney Registration Status: Current

Dear Judge Crotty,

   As previously advised, this firm has been retained to represent William E. Green in the above referenced matter. Please note that in compliance with your Order and all applicable Laws and Rules of New York State and the Federal Rules, I have completed my attorney registration requirements and I am now current in regard to all outstanding obligations.

   Thank you for your consideration and attention to this matter.  Should you have any questions or concerns, please feel free to contact me at the above number or address.

                              Respectfully submitted,

                              J. Garth Foley, Esq. (JF9950)